IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAILERS NATIONAL BANK, | No  C-03-4190 VRW |
|     Plaintiff, | ORDER TO SHOW CAUSE |
|     v | |
| LISA HARDING, | |
|     Defendant.               / | |
| AND RELATED COUNTERCLAIM | |
|                             / | |

      Having reviewed the parties' submissions on the question of the court's subject matter jurisdiction, the court invites counterdefendants to file brief surreplies addressing the arguments raised in Part II.B of the Hardings' reply brief, Doc #140.  In particular, counterdefendants should address whether as a matter of (a) statutory construction of 12 USC § 632 and (b) Article III the court has jurisdiction over claims against state corporations that neither involve a federally chartered corporation nor share a common nucleus of operative fact with any claim involving a

1  federally chartered corporation.
2      Such surreplies shall be filed not later than June 1,
3  2005, and shall be limited to the issues posed in this order.

5      IT IS SO ORDERED.

8                              VAUGHN R WALKER
9                              United States District Chief Judge