E-Filing

1  GEORGE G. WEICKHARDT (SBN 58586)
   GLEN H. ISAACS (SBN 139931)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   333 Market Street, Suite 3150
3  San Francisco, CA 94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 274-6301

5  CHRISTOPHER R. LIPSETT (appearing *pro hac vice*)
   ERIC J. MOGILNICKI (appearing *pro hac vice*)
6  WILMER CUTLER PICKERING HALE and DORR LLP
   2445 "M" Street NW
7  Washington, D.C. 20027
   Telephone:    (202) 663-6000
8  Facsimile     (202) 663-6363

9  Attorneys for Cross-Defendants MBNA AMERICA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RETAILERS NATIONAL BANK, | CASE NO. C03-4190 VRW |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| LISA HARDING, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

It is hereby STIPULATED and AGREED by the undersigned counsel that: (1) MBNA America Bank, N.A. shall be substituted as defendant for MBNA Corporation and (2) MBNA Corporation shall be dismissed without prejudice.

Dated: June 1, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
GLEN H. ISAACS
Attorneys for Cross-Defendants MBNA AMERICA BANK, N.A.

Dated: June 1, 2005

IRA P. ROTHKEN
THE ROTHKEN LAW FIRM

By: /s/ Ira P. Rothken
Ira P. Rothken
Attorneys for Lisa Harding

I, George G. Weickhardt am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Ira P. Rothken concurred in this filing.

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT

IT IS SO ORDERED.

Dated: June 2, 2005

By: _____
Vaughn R. Walker
Chief United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER; CASE NO. C03-4190 VRW

USIDOCS 5132337v1