IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAILERS NATIONAL BANK, | No  C-03-4190 VRW |
|     Plaintiff, | ORDER |
|     v | |
| LISA HARDING, | |
|     Defendant.                          / | |
| AND RELATED COUNTERCLAIM                          / | |

Following the hearing in this matter on June 2, 2005, the court ORDERS the following:

- **Counterdefendants Visa and Mastercard (and Discover, if applicable) shall file by June 10, 2005, their submissions regarding the rules governing the location of merchant banks during the time period relevant to the counterclaim. The Hardings shall file any response by June 17, 2005.**

- **The Hardings shall file any motion to amend <u>for the purpose of adding parties only</u> by June 10, 2005. Any party wishing to oppose shall file an opposition by June 17, 2005. The Hardings may file a reply by June 24, 2005, upon which the matter will be deemed submitted. If the motion to amend is granted, no party shall answer or otherwise plead in response until further order of the court, and any responsive pleadings (i e, motions to compel arbitration) already on file shall be deemed responses to the amended counterclaim.**

- **The counterdefendants who have moved to compel arbitration shall file by June 10, 2005, concise memoranda setting forth their positions on the place of formation of the cardmember agreements. The Hardings shall file a memorandum in response by June 17, 2005. The court will not entertain reply memoranda.**

**IT IS SO ORDERED.**

                                         /s/ Vaughn Walker

**VAUGHN R WALKER**
**United States District Chief Judge**