IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RETAILERS NATIONAL BANK,                No   C-03-4190 VRW

        Plaintiff,                      ORDER OF RECUSAL

        v

LISA HARDING,

        Defendant.
                                    /

AND RELATED COUNTERCLAIMS
                                    /
```

TO ALL PARTIES AND COUNSEL OF RECORD:

  I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

//
//
//
//
//

United States District Court

For the Northern District of California

1  All pending dates of motions, case management conferences
2  and trial are hereby vacated and will be reset by the newly
3  assigned judge.  The court will transfer to the newly assigned
4  judge all relevant materials that the court possesses pertaining to
5  this case.

8  IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge